UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
AUDREY ZACCARO,                :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:06CV00233(AWT)
                               :
AETNA INC.,                    :
                               :
     Defendant.                :
-------------------------------x
```

### ORDER RE DEFENDANT'S MOTION FOR
### PERMISSION TO CONDUCT DISCOVERY AND FOR A HEARING

For the reasons set forth below, Defendant's Motion for Permission to Conduct Limited Discovery and for the Scheduling of a Hearing re Motion to Compel Arbitration (Doc. No. 26) is hereby GRANTED.

The court has reviewed the defendant's motion, as well as the plaintiff's memorandum in opposition (Doc. No. 30) and the defendant's reply memorandum (Doc. No. 33). The court finds the analysis set forth in the defendant's reply memorandum persuasive. To the extent there are genuine issues concerning whether there was compliance with the Connecticut Uniform Electronic Transactions Act, discovery and an evidentiary hearing are appropriate. Also, based on the current state of the record, the plaintiff's contention that she has conclusively established that she did not accept the defendant's offer of a grant of stock options and an arbitration agreement is no more persuasive than

would be a contention by the defendant to the contrary.  The important threshold issue here is whether the plaintiff agreed to arbitrate employment related disputes, and the court has concluded that the best way for the court to obtain the information that it needs to decide this issue is to permit the parties to engage in discovery and hold an evidentiary hearing.

Therefore the defendant's motion to conduct limited discovery is being granted, and the defendant may conduct discovery immediately limited to the issues of the plaintiff's acceptance of the stock options grant award and the enforceability of the arbitration agreement.  The plaintiff is also granted leave to conduct limited discovery.  To the extent the parties are unable to agree on the scope of discovery they should contact chambers to schedule a telephonic conference with the court.  An evidentiary hearing on the defendant's motion to dismiss will be held on Friday, October 27th at 2 p.m. in the South Courtroom.

It is so ordered.

Dated this 13th day of September, 2006, at Hartford, Connecticut.

                                              /s/AWT  
                                         Alvin W. Thompson  
                                United States District Judge